UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ROBERTO FILHO,<br><br>         Plaintiff,<br><br>   v.<br><br>CHINATOWN COMMUNITY<br>DEVELOPMENT CENTER, INC., et al.,<br><br>       Defendants. | Case No.  21-cv-05664-LB<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States Magistrate Judge Kandis A. Westmore, to consider whether the case is related to case number 4:18-cv-00377-KAW.

**IT IS SO ORDERED.**

Dated: July 26, 2021

_____
LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California