# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO FILHO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHINATOWN COMMUNITY DEVELOPMENT CENTER, INC., et al.,<br><br>　　　　Defendants. | Case No.21-cv-05664-KAW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>**[Reassigned Case]** |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

The above matter having been reassigned to the Honorable Kandis A. Westmore for trial and further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on October 26, 2021, at 1:30 P.M., U.S. District Court, 1301 Clay Street, Oakland, California.

The parties shall appear in person or through **lead** trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than October 19, 2021.   If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed by the initials "**KAW**."  One copy shall be clearly marked as a chambers copy.  The parties are reminded to review all the undersigned's standing orders, available at http://cand.uscourts.gov/kaworders.

**IT IS SO ORDERED.**

Dated: August 25, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge